IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA ex rel.  )
BERT BERRIOS #R27774,              )
                                   )
            Petitioner,            )
                                   )
    v.                             )   No. 06 C 5353
                                   )
JOHN CHAMBERS,                     )
                                   )
            Respondent.            )

## MEMORANDUM ORDER

On November 22, 2006 this Court received in chambers a "Motion To Vacate Judgment and Order" submitted by pro se petitioner Bert Berrios ("Berrios"). That motion crossed in the mails with this Court's November 20 memorandum order ("Order") that addressed the same subject raised by the motion: Berrios' thwarted effort (through no fault of his own) to comply with the timetable that this Court had earlier set by filing his Amended Petition for Writ of Habeas Corpus. What this Court has already done in its Order was to consider the Amended Petition as properly filed, but to order its dismissal for the reasons stated there. Accordingly the current motion is denied for the same reasons.

_____
Milton I. Shadur
Senior United States District Judge

Date: November 27, 2006